IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| STACY DIONNE STENSON, § § § § § § § § § § § § § § § § | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 5:21-CV-00018-RWS |
| DOLLAR GENERAL CORP. DOLGEN CORP OF TEXAS, INC. D/B/A DOLGEN CORP TEXAS, INC. #14492 D/B/A DOLLAR GENERAL, ARC DGTXRT001 LLC, | |
| Defendants. | |

## ORDER

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge (Docket No. 53) and granting Defendants' Motion for Summary Judgment (Docket No. 44), the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-titled cause is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**So ORDERED and SIGNED this 18th day of February, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE